**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

SARAH O. WANG 6649-0
(*swang@marrjones.com*)
JESSICA M. GERMANY 11813-0
(*jgermany@marrjones.com*)
1164 Bishop Street, Suite 800
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700

Specially Appearing Attorneys for Defendants
FULL LIFE and PROSERVICE PACIFIC, LLC,
dba PROSERVICE HAWAII, erroneously identified
as “PROSERVICES HAWAII”

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL MOORE,<br><br>Plaintiff,<br><br>vs.<br><br>FULL LIFE and PROSERVICES HAWAII,<br><br>Defendants. | CIVIL NO. 25-00080-DKW-WRP<br><br>DEFENDANT FULL LIFE’S **MOTION TO DISMISS WITH PREJUDICE PLAINTIFF’S SECOND AMENDED COMPLAINT FILED MAY 16, 2025 [ECF #17] OR TO QUASH SERVICE OF PROCESS [ECF #19]**; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF DAVID COOPER; EXHIBIT A; CERTIFICATE OF SERVICE<br><br>No trial date<br>Judge: Honorable Derrick K. Watson |

**DEFENDANT FULL LIFE'S MOTION TO DISMISS WITH PREJUDICE PLAINTIFF'S SECOND AMENDED COMPLAINT FILED MAY 16, 2025 [ECF # 17] OR TO QUASH SERVICE OF PROCESS [ECF #19]**

Defendant FULL LIFE ("Defendant"), by and through its specially appearing attorneys, Marr Jones & Wang LLP, hereby respectfully moves this Court for an Order dismissing with prejudice the Second Amended Complaint (filed May 16, 2025) [ECF #17] or quashing service of process [ECF #19].

This Motion is brought pursuant to Rules 4, 12(b)(5), and 41 of the Federal Rules of Civil Procedure, and is supported by the attached memorandum, the files and records herein, and such further argument as may be presented at the hearing of this motion.

Local Rule 7.8 does not apply to this motion in light of Plaintiff's *pro se* status.

DATED: Honolulu, Hawaii, June 3, 2025.

*/s/ Sarah O. Wang*
SARAH O. WANG
JESSICA M. GERMANY

Specially Appearing Attorneys for Defendants FULL LIFE and PROSERVICE PACIFIC, LLC, dba PROSERVICE HAWAII, erroneously identified as PROSERVICES HAWAII