IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL MOORE,<br><br>Plaintiff,<br><br>vs.<br><br>FULL LIFE and PROSERVICES HAWAII,<br><br>Defendants. | CIVIL NO. 25-00080-DKW-WRP<br><br>DECLARATION OF DAVID COOPER and EXHIBIT A |

**DECLARATION OF DAVID COOPER**

I, DAVID COOPER, declare the following:

1. I am employed by Full Life as Program Director, and I work at Full Life's Hilo office, located at 120 Keawe Street, Hilo, Hawaii 96720. As Program Director, I report to James ("Jim") Kilgore, Full Life's Executive Director. I am not an officer of Full Life. I do not manage the day-to-day operations of Full Life as a whole or determine the overall direction of Full Life. I have not been appointed or authorized by Full Life to accept service of process or legal papers on behalf of Full Life. My understanding is that the Executive Director, Mr. Kilgore, is the only person authorized to accept service of process or legal papers for Full Life.

2. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would and could testify competently to the matters stated herein.

3. On May 13, 2025, a man who identified himself as Carlos Valdez and represented that he was an independent contractor retained by Michael Moore, attempted to serve legal documents on Full Life at its Hilo office. I and another Full Life employee explained to Mr. Valdez that we (myself and the other employee) were not authorized to accept the documents, that Full Life's headquarters are in Kona, and the only person authorized to accept legal documents on behalf of Full Life was Jim Kilgore. Mr. Valdez stated that his responsibility was to drop off documents at the address listed, which was the Hilo address, and he left a copy of the legal document at Full Life's Hilo office.

4. The documents Mr. Valdez left at Full Life's Hilo office consisted of a single-page *Summons in a Civil Action* ("Summons"), to which an 8-page document was attached that was titled *Second Amended Complaint for Violation of the Family and Medical Leave Act (FMLA)*.

5. Attached hereto as Exhibit "A" is a true and correct copy of the Summons and attached *Second Amended Complaint for Violation of the Family and Medical Leave Act (FMLA)*.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed in Hilo, Hawaii, on June 2, 2025.

DAVID COOPER