IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL MOORE,<br>Plaintiff,<br>vs.<br>FULL LIFE and PROSERVICES HAWAII,<br>Defendants. | CIVIL NO. 25-00080-DKW-WRP<br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date and by the method of service noted below, a true and correct copy of Defendant Full Life's Motion to Dismiss With Prejudice Plaintiff's Second Amended Complaint Filed May 16, 2025 [ECF #17] or to Quash Service of Process [ECF #19] was served on the following at his last known address:

Served via U.S. Mail:

MICHAEL MOORE
24 Pukihae Street #223
Hilo, Hawaii 96720

Plaintiff *Pro Se*

DATED: Honolulu, Hawaii, June 3, 2025.

*/s/ Sarah O. Wang*
SARAH O. WANG
JESSICA M. GERMANY

Specially Appearing Attorneys for Defendants FULL LIFE and PROSERVICE PACIFIC, LLC, dba PROSERVICE HAWAII, erroneously identified as PROSERVICES HAWAII