IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL MOORE, | CV 25-00080 DKW-WRP |
| Plaintiff, | |
| vs. | |
| FULL LIFE; PROSERVICE HAWAII, | |
| Defendants. | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on August 25, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendations to Grant in Part and Deny in Part Defendants' Motions to Dismiss", ECF No. 44, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED : September 9, 2025 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge